# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRACY WAYNE VICKERS, A/K/A
TRACEY W. VICKERS,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 76648

**FILED**

AUG 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for transcripts at state expense. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
      Pickering

_____ J.
  Gibbons

_____, J.
      Hardesty

cc:    Hon. Douglas Smith, District Judge
       Tracy Wayne Vickers
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

18-34049